CAPITAL NATIONAL BANK OF LINCOLN *v.* COLDWATER NATIONAL BANK. CAPITAL NATIONAL BANK OF LINCOLN *v.* COLDWATER NATIONAL BANK. McDONALD *v.* SAMUEL CUPPLES WOODEN WARE COMPANY. McDONALD *v.* GENESEE FRUIT COMPANY. Nos. 73, 74, 75, 76.

THE CHIEF JUSTICE: For the reasons given in the opinion in *Capital National Bank* v. *First National Bank of Cadiz,* just decided, *ante,* 425, the writs of error in these cases are severally

*Dismissed.*